UNITED STATES DISTRICT COURT

DISTRICT

Cecilia Gonzalez,

        Plaintiff,

    v.

Reno Police Department, *et al.*,

        Defendants.

Case No. 2:23-cv-02114-CDS-EJY

**ORDER**

    On December 22, 2023, Plaintiff, an inmate in the custody of the Nevada Department of Corrections, submitted a Civil Rights Complaint under 42 U.S.C. § 1983. ECF No. 1-1. A inmate-plaintiff may apply to proceed *in forma pauperis* under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2, which allows her to commence a civil action without prepaying the filing fee if she submits **three** of the required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Here, Plaintiff did not pay the $405 filing fee for a civil action; nor did she file an application to proceed *in forma pauperis*.

    Accordingly, IT IS HEREBY ORDERED that on or before **March 25, 2024**, Plaintiff must either pay the $405 filing fee for a civil action **or** file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

    IT IS FURTHER ORDERED that failure to either pay the $405 filing fee **or** file a complete application to proceed *in forma pauperis* on or before **March 25, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file her case with the Court, under a new case number, when she is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 23rd day of January, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE